UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY CRUMP,

    Plaintiff,

v.

Case No. 1:10-cv-655

HONORABLE PAUL L. MALONEY

ROOSEN, VARCHETTI &
OLIVIER, PLLC,

    Defendant.
_____/

## **JUDGMENT**

Plaintiff has filed Defendant's Rule 68 offer of judgment, notice of her acceptance, and proof of service. Pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of plaintiff and against defendant in the amount of $1,000.00, plus reasonable attorney fees in an amount to be agreed upon or, on motion of the parties, as determined by the Court.

Date: August 13, 2010            /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           Chief United States District Judge