UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| DOROTHY CRUMP, | ) | Case No. 1:10-cv-655 |
| --- | --- | --- |
| | ) | Paul L. Maloney, Chief Judge |
| Plaintiff, | ) | United States District Court |
| | ) | |
| vs | ) | |
| | ) | |
| ROOSEN, VARCHETTI OLIVIER, PLLC, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED JUDGMENT

On September 7, 2010 the parties hereto agreed to settle the above captioned Petition for Attorney fees in the amount of **SIX THOUSAND TWO HUNDRED FIFTY ($6,250.00) DOLLARS** in addition to the Judgment against Defendant in favor of the Plaintiff in the amount of **ONE THOUSAND ($1,000) DOLLARS**. Therefore the total amended Judgment against Defendant is **SEVEN THOUSAND TWO HUNDRED FIFTY ($7,250.00) DOLLARS**.

**IT IS SO ORDERED.**

Dated: October 8, 2010

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge

Approved to as to form and substance:

/s/Paul E. Varchetti
Paul E. Varchetti, Esq.(P49403)

/s/Michael S. Agruss
Michael S. Agruss